**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MARLON DAVID MARTINEZ BOLANOS | CIVIL ACTION NO. 26-4703 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN, ELIZABETH CONTRACT DETENTION FACILITY, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## ORDER

Considering the foregoing Petitioner's Notice of Voluntary Dismissal without Prejudice and Request to Close Case,

**IT IS ORDERED** that the motion is **GRANTED**. Petitioner, Marlon David Martinez Bolanos's Petition for Writ of Habeas Corpus, Record Document 17, is **DISMISSED WITHOUT PREJUDICE**. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

**THE CLERK OF COURT IS INSTRUCTED** to close the case.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of November, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE